# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TORRELL BROWN

NO. 2021 KW 1279

**DECEMBER 20, 2021**

---

In Re:     Torrell Brown, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 506,059.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT